**Fill in this information to identify the case:**

Debtor 1    Kelly N Vance

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Northern    District of Illinois
(State)

Case number    13-48935

Form 4100R

# Response to Notice of Final Cure Payment

10/15

*According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.*

## Part 1:    Mortgage Information

**Name of creditor:**    Red Stick Acquisitions LLC

**Court claim no.** (if known):
No Claim Filed

**Last 4 digits** of any number you use to identify the debtor's account:    4  2  4  0

**Property address:**    624 East 163rd Street
Number    Street

South Holland    IL    60473
City    State    ZIP Code

## Part 2:    Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default
on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default
on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date
of this response is:    $ _____

## Part 3:    Postpetition Mortgage Payment

*Check one:*

☑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of
the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    09 / 01 / 2018
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5)
of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.  Total postpetition ongoing payments due:    (a) $ _____

b.  Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c.  **Total.** Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually
obligated for the postpetition payment(s) that first became
due on:    ___ / ___ / ___
MM / DD / YYYY

Debtor 1   __Kelly N Vance_____    Case number *(if known)* __13-48935_____
           First Name    Middle Name    Last Name

## Part 4:   Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the
debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs,
the creditor must attach an itemized payment history disclosing the following amounts from the date of the
bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5:   Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's
proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct
to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different
from the notice address listed on the proof of claim to which this response applies.

✗ __/s/ Megan M. Lynch_____    Date __08__ / __10__ / __2018__
      Signature

Print   __Megan_____ __M._____ __Lynch_____    Title __Bankruptcy Asset Manager___
        First Name     Middle Name    Last Name

Company   __SN Servicing Corporation_____

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   __323 5th Street_____
          Number        Street

          __Eureka_____ __CA_____ __95501_____
          City                 State      ZIP Code

Contact phone   (__800__) __603__ – __0836_____          Email __bknotices@snsc.com___

Form 4100R                **Response to Notice of Final Cure Payment**                page **2**

# UNITED STATES BANKRUPTCY COURT

### Northern District of Illinois

In re:

Kelly N Vance

Debtor(s).

Chapter 13 No. 13-48935

Assigned to: Honorable Judge Timothy A. Barnes

**CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2018, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage prepaid, or via filing with the US Bankruptcy Court's CM ECF system.

| | |
|---|---|
| Debtor: | By U.S. Postal Service First Class Mail Postage Prepaid: |

Kelly N Vance
624 E 163rd St
South Holland, IL 60473

| | |
|---|---|
| Debtor's Attorney: | By U.S. Postal Service First Class Mail Postage Prepaid: |

Nathan E Delman
The Semrad Law Firm, LLC
20 South Clark
28th Floor
Chicago, IL 60603
ndelman@semradlaw.com

Rodion Leshinsky
The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
rleshinsky@semradlaw.com

Marcie C Venturini
The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
mventurini@semradlaw.com

| | |
|---|---|
| Trustee: | By U.S. Postal Service First Class Mail Postage Prepaid: |

Marilyn O Marshall
224 South Michigan Ste 800
Chicago, IL 60604

| | |
|---|---|
| U.S. Trustee: | By U.S. Postal Service First Class Mail Postage Prepaid: |

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

/s/ Daniel I. Singer
Daniel I. Singer
Singer Law Group
Office: (888) 522-6214
Fax: (949) 420-2177
2 Park Plaza, Suite 870
Irvine, CA 92614
daniel@singerlawgroup.com